■ In the Matter of STEPHEN A. WEINGRAD, a Suspended Attorney. [630 NYS2d 490] —Application for reinstatement granted only insofar as to refer this matter to the Departmental Disciplinary Committee for a hearing pursuant to 22 NYCRR 603.14 (g), as indicated in the order of this Court. No opinion. Concur—Ellerin, J. P., Rubin, Ross, Asch and Nardelli, JJ.